In the Matter of JAMES E. FITZGERALD, Respondent, against JOSEPH SCHECHTER et al., Constituting the Civil Service Commission of the City of New York, Appellants.— Final order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

In the Matter of JOHN GREENE, Appellant, against JOSEPH J. CAPUTA, as State Rent Administrator, Respondent, and ROSE SCHAINES, Intervenor-Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent, the State Rent Administrator. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

ROY NORR, Appellant, v. RADIO CORPORATION OF AMERICA, Respondent.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

VINCENT FERRARA, Appellant, v. REVLON PRODUCTS CORPORATIONS, Respondent.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

HOHENBERG Co., INC., Respondent, v. IWAI NEW YORK, INC., Appellant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

LOUISE MASIAKOU, Respondent, v. CONSTANTINE M. KAZIS, Appellant.— Order affirmed, with $20 costs and disbursements to the plaintiff-respondent. Concur — Breitel, J. P., Valente, McNally and Stevens, JJ.; Rabin, J., dissents and votes to reverse and deny summary judgment on the ground that there is an issue of fact which requires trial.

In the Matter of the Arbitration between AMALGAMATED LITHOGRAPHERS OF AMERICA, LOCAL 1, Respondent, and LEE LETTER SERVICE, INC., et al., Appellants.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

In the Matter of FIFTY MARK REALTY CORP., Appellant, against ROBERT E. HERMAN, as Acting State Rent Administrator, Respondent, and MAX ADELMAN et al., Intervenors-Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

VICTOR SPITZER, Respondent, v. LONDA REALTY CORP. et al., Defendants, and ALBERT ETINGIN et al., Appellants.— Order of July 14, 1959, which denied defendants' motion under subdivision 4 of rule 106 of the Rules of Civil Practice to dismiss the amended complaint, unanimously affirmed, with $10 costs and disbursements to the respondent. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

VICTOR SPITZER, Respondent, v. LONDA REALTY CORP. et al., Defendants, and ALBERT ETINGIN et al., Appellants.— Order of July 14, 1959, which denied defendants' motion under rule 103 of the Rules of Civil Practice to strike out as sham matter contained in paragraph Twelfth of the amended complaint, unanimously affirmed, with $10 costs and disbursements to the respondent. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.